No. 80–5840. Langworthy v. Maryland. Ct. Sp. App. Md. Motion of Citizens' Commission on Human Rights for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 79–395. United States v. Morrison, 449 U. S. 361;

No. 79–870. United States Railroad Retirement Board v. Fritz, 449 U. S. 166;

No. 79–1679. Waste Management of Wisconsin, Inc. v. Fokakis, 449 U. S. 1060;

No. 79–2040. Pacileo, Sheriff v. Walker, 449 U. S. 86;

No. 79–2059. American Electric Power Co., Inc., et al. v. City of Mishawaka, Indiana, et al., 449 U. S. 1096;

No. 80–613. Shoshone Tribe et al. v. Dry Creek Lodge, Inc., et al., 449 U. S. 1118;

No. 80–707. Brady v. Doe, 449 U. S. 1081;

No. 80–5315. Maggard v. Florida Parole Commission, 449 U. S. 960;

No. 80–5580. Euge v. United States et al., 449 U. S. 1065;

No. 80–5585. Papp v. Ohio, 449 U. S. 1065;

No. 80–5612. In re Gambara, 449 U. S. 1087;

No. 80–5716. Baloun et al. v. General Motors Corp., 449 U. S. 1090;

No. 80–5725. Gooden v. Texas, 449 U. S. 1072;

No. 80–5770. In re Jackson, 449 U. S. 1075;

No. 80–5780. In re Beach, 449 U. S. 1076;

No. 80–5782. In re Lohmann, 449 U. S. 1109; and

No. 80–5866. Proca v. United States, 449 U. S. 1093. Petitions for rehearing denied.

No. 80–163. In re Chestnutt Management Corp., 449 U. S. 816 and 1027. Motion for leave to file a second petition for rehearing denied.